FILED
OCT 22 2010
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re<br>Sallie Holt<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 10-1049<br>(Chapter 7) |

LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of 4 pages and a total of 24 entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),
- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7 day of 10, 2010 by:

X Sallie Holt
Debtor

Executed on this ____ day of ______________, __________ by:

______________________________

Joint Debtor (if joint case filed by both spouses)

Long Beach Mortgage Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

JPMorgan Chase & Co.
w/s/o C T CORPORATION SYSTEM
1015 15TH STREET, N.W. STE. 1000
Washington, DC 20005

OCWEN Loan Servicing, LLC
w/s/o CORPORATION SERVICE COMPANY
1090 VERMONT AVE., N.W.
Washington, DC 20005

U.S. Bancorp a/k/a U.S. Bank, N.A.
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

SunTrust Bank
P.O. Box 4418 GA-Atlanta-0795
Atlanta, GA 30302-4418

ASHRO Lifestyle
999 Oakmont Plaza Drive, Suite 360
Westmont, IL 60559

HSBC Nevada
1111 N Town Center Dr
Las Vegas, NV 89144-6364

HSBC Finance Corporation
26525 N. Riverwoods Blvd
Mettawa, IL 60045

QVC, Inc.
1200 Wilson Drive at Studio Park
West Chester, PA 19380

Exxon Mobil
Credit Card Center
P.O. Box 6404
Sioux Falls, SD 57117-6404

Citigroup, Inc.
PO Box 653091
Dallas, TX 75265-3091

PREMIER Bankcard
3820 N. Louise Ave.
Sioux Falls, SD 57107

Capital One
w/s/o CORPORATION SERVICE COMPANY
1090 VERMONT AVE., N.W.
Washington, DC 20005

Verizon
w/s/o C T CORPORATION SYSTEM
1015 15TH STREET, N.W. STE. 1000
Washington, DC 20005

Comcast
900 Michigan Ave, NE
Washington, DC 20017-1833

Washington Post Co.
w/s/o C T CORPORATION SYSTEM
1015 15TH STREET, N.W. STE. 1000
Washington, DC 20005

Upshur House
1301 Upshur Street, NW
Washington, DC 20011

Citibank
Citibank Customer Service
P. O. Box 6500
Sioux Falls, SD 57117

Trina Benjamin
2224 Evarts St., NE
Washington, DC 20018

Andrew Johnson
1468 Newton Street, NW
Washington, DC 20010

Edwina Curry
6007 10th Pl
Hyattsville, MD 20782

Percy Johnson
64 K Street, NW
Washington, DC 20001-1329

Hilda Powell
225 18TH Street, SE
Washington, DC 20003-1645

Midland Credit Management, Inc.
w/s/o CORPORATION SERVICE COMPANY
1090 VERMONT AVE., N.W.
Washington, DC 20005