DEFINM (11/06)



In Re: **Sallie Benjamin Holt**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **10–01049**
Chapter: **7**

### NOTICE OF REQUIREMENT
### TO COMPLETE INSTRUCTIONAL COURSE
### IN PERSONAL FINANCIAL MANAGEMENT AND
### TO FILE CERTIFICATION THEREOF (OFFICIAL FORM 23)
====================================================

Pursuant to 11 U.S.C. § 727(a)(11) and Bankruptcy Rule 1007, notice is hereby given that the debtor(s) must complete an instructional course in personal financial management after the filing of the petition and file a Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)[1] as described in 11 U.S.C. § 111 by 1/7/2011.[2] **Failure to file the Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) by the time indicated above may result in the case being closed without an entry of discharge.**[3]

Copies to:  Debtor(s); Attorney for the Debtor(s) (if any).

_____

[1] The debtor(s) **must** use Official Form 23 ("Certification of Completion of Instructional Course Concerning Personal Financial Management") to submit the application. Fed. R. Bankr. P. 1007(b)(7). The court will not consider any "certification" submitted by the debtor(s) other than Official Form 23. The form is available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

[2] Section 727 of the Bankruptcy Code provides in pertinent part that "[t]he court shall grant the debtor a discharge, unless . . . after filing the petition, the debtor failed to complete an instructional course concerning personal financial management . . . ." 11 U.S.C. § 727(a)(11). Bankruptcy Rule 1007 also provides that "[a]n individual debtor in a chapter 7 . . . case shall file a statement regarding completion of a course in personal financial management . . . within 45 days after the first date set for the meeting of creditors under § 341 of the Code . . . ." Fed. R. Bankr. P. 1007(b)(7) and (c). The original date scheduled for the meeting of creditors in this case is  11/23/10.

[3] The debtor(s) must file a motion to reopen the case to permit the filing of the Certificate of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) once the case is closed. The motion to reopen the case will require full payment of the reopening fee prior to the reopening of the case.

For the Court:
Clerk of the Court

Dated:  10/26/10

By:
am