**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) Case Number **10−01049**

UNITED STATES BANKRUPTCY COURT United States Bankruptcy Court for the District of Columbia

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/22/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sallie Benjamin Holt
1301 Upshur Street NW
Apt. 409
Washington, Dc 20011

| | |
|---|---|
| Case Number:<br>10−01049 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−3569 |
| Attorney for Debtor(s) (name and address):<br>Benjamin J. Cooper<br>Aaron M. Levine & Associates<br>1320 Nineteenth Street NW<br>Fifth Floor<br>Washington, DC 20036<br>Telephone number: 202−833−8040 | Bankruptcy Trustee (name and address):<br>Marc E. Albert<br>Stinson, Morrison, & Hecker, LLP<br>1150 18th Street, NW<br>Suite 800<br>Washington, DC 20036−3816<br>Telephone number: 202−785−9100 |

## Meeting of Creditors

Date: **November 23, 2010** Time: **10:30 AM**
Location: **333 Constitution Ave., N.W., Room 1207, First Floor, Washington, DC 20001**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/24/11**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001<br>Telephone number: (202) 354−3280 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Clerk of the Court |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 10/25/10 |

# EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: mathewes Page 1 of 1 Date Rcvd: Oct 25, 2010
Case: 10-01049 Form ID: b9a Total Noticed: 31

The following entities were noticed by first class mail on Oct 27, 2010.

| | |
|---|---|
| db | +Sallie Benjamin Holt, 1301 Upshur Street NW, Apt. 409, Washington, Dc 20011-5662 |
| aty | +Benjamin J. Cooper, Aaron M. Levine & Associates, 1320 Nineteenth Street NW, Fifth Floor, Washington, DC 20036-1610 |
| smg | Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | +Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | U.S. Attorney’s Office, Civil Division - Judiciary Ct. Building, 555 4th St., N.W., 4th Floor, Washington, DC 20001-2733 |
| ust | +U. S. Trustee for Region Four, 11, U. S. Trustee’s Office, 115 South Union St, Suite 210 Plaza Level, Alexandria, VA 22314-3317 |
| 544233 | +ASHRO Lifestyle, 999 Oakmont Plaza Drive, Suite 360, Westmont, IL 60559-5531 |
| 544247 | +Andrew Johnson, 1468 Newton Street, NW, Washington, DC 20010-3102 |
| 544240 | +Capital One, w/s/o CORPORATION SERVICE COMPANY, 1090 VERMONT AVE., N.W., Washington, DC 20005-4905 |
| 544238 | Citigroup, Inc., PO Box 653091, Dallas, TX 75265-3091 |
| 544242 | Comcast, 900 Michigan Ave, NE, Washington, DC 20017-1833 |
| 544248 | +Edwina Curry, 6007 10th P1, Hyattsville, MD 20782-2206 |
| 544237 | Exxon Mobil, Credit Card Center, P.O. Box 6404, Sioux Falls, SD 57117-6404 |
| 544235 | +HSBC Finance Corporation, 26525 N. Riverwoods Blvd, Mettawa, IL 60045-3428 |
| 544250 | Hilda Powell, 225 18TH Street, SE, Washington, DC 20003-1645 |
| 544229 | +JPMorgan Chase & Co., w/s/o C T CORPORATION SYSTEM, 1015 15TH STREET, N.W. STE. 1000, Washington, DC 20005-2621 |
| 544228 | +Long Beach Mortgage Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808-1645 |
| 544251 | +Midland Credit Management, Inc., w/s/o CORPORATION SERVICE COMPANY, 1090 VERMONT AVE., N.W., Washington, DC 20005-4905 |
| 544230 | +OCWEN Loan Servicing, LLC, w/s/o CORPORATION SERVICE COMPANY, 1090 VERMONT AVE., N.W., Washington, DC 20005-4905 |
| 544249 | Percy Johnson, 64 K Street, NW, Washington, DC 20001-1329 |
| 544236 | QVC, Inc., 1200 Wilson Drive at Studio Park, West Chester, PA 19380 |
| 544232 | SunTrust Bank, P.O. Box 4418 GA-Atlanta-0795, Atlanta, GA 30302-4418 |
| 544246 | +Trina Benjamin, 2224 Evarts St., NE, Washington, DC 20018-2118 |
| 544231 | +U.S. Bancorp a/k/a U.S. Bank, N.A., U.S. Bancorp Center, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 544244 | +Upshur House, 1301 Upshur Street, NW, Washington, DC 20011-5622 |
| 544241 | +Verizon, w/s/o C T CORPORATION SYSTEM, 1015 15TH STREET, N.W. STE. 1000, Washington, DC 20005-2621 |
| 544243 | +Washington Post Co., w/s/o C T CORPORATION SYSTEM, 1015 15TH STREET, N.W. STE. 1000, Washington, DC 20005-2621 |

The following entities were noticed by electronic transmission on Oct 25, 2010.

| | |
|---|---|
| tr | +EDI: QMEALBERT.COM Oct 25 2010 19:23:00 Marc E. Albert, Stinson, Morrison, & Hecker, LLP, 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845 |
| 544245 | +EDI: CITICORP.COM Oct 25 2010 19:23:00 Citibank, Citibank Customer Service, P. 0. Box 6500, Sioux Falls, SD 57117-6500 |
| 544234 | EDI: HFC.COM Oct 25 2010 19:23:00 HSBC Nevada, 1111 N Town Center Dr, Las Vegas, NV 89144-6364 |
| 544239 | +EDI: AMINFOFP.COM Oct 25 2010 19:23:00 PREMIER Bankcard, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |

TOTAL: 4

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

**Date: Oct 27, 2010** **Signature:** Joseph Speetjens