UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )
                                      )          Case No. 10-1049
    SALLIE BENJAMIN HOLT,       )
                                      )          Chapter 7
        Debtor.              )

### AMENDMENT TO LIST OF CREDITORS AND MAILING MATRIX
### TO ADD PREVIOUSLY UNLISTED ENTITY OR ENTITIES
### AND TO CHANGE ADDRESSES OF PREVIOUSLY LISTED ENTITIES

    **1.** For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is amended to change the address of each such entity, or, if the entity was not previously listed, to add such entity. The attached list consists of 1 page with a total of 2 entities listed to correct their addresses after service was returned by the companies serving as registered agents for said creditors, and 2 new entities who are, upon information and belief, agents of listed creditors acting as debt collectors on creditors' behalf.

    **2.** As hereby amended, the List of Creditors and Mailing Matrix contains a true and correct name and address of:

    each of Debtor's creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case), as well as the two entities added by the instant amendment, believed to be collection agents on behalf of creditors already listed on Debtor's schedules;

    each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than Debtor, to any unexpired lease of real or personal property to which Debtor is a party;

each entity required to be listed on Schedule H - Codebtors (any entity, other than Debtor's spouse in a joint case, that is also liable on any debts owed to any of Debtor's listed creditors, including all guarantors and cosigners).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11TH day of November, 2010 by:

       /s/ Benjamin J. Cooper
Benjamin J. Cooper, DC #502149
AARON M. LEVINE & ASSOCIATES
1320 Nineteenth Street NW, Fifth Floor
Washington, DC 20036
Ph: 202-833-8040
Fax: 202-833-8046
bjcooper@aaronlevinelaw.com

Counsel for Debtor

```
Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210



Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285



Midland Credit Management, Inc.
w/s/o CORPORATION SERVICE COMPANY
1090 VERMONT AVE., N.W.
Washington, DC 20005



Verizon
P.O. Box 33078
St. Petersburg, FL 33733-8078
```