The order below is hereby signed.

Signed: December 07, 2010.

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SALLIE BENJAMIN HOLT, | ) | Case No. 10-01049 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

ORDER ON DEBTOR’S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE AND DIRECTING DEBTOR TO PAY FILING FEE IN FULL OR FILE APPLICATION TO PAY THE FEE IN INSTALLMENTS

The debtor has filed an application for waiver of the chapter 7 filing fee, representing that her combined monthly income for a family of one is $727.84, and that her monthly expenses are $529.89. Although the debtor’s income falls below 150% of the applicable poverty guideline for a one-person family living in the District of Columbia, the debtor has monthly disposable income of $197.95. The court finds that the debtor has adequate disposable income from which to pay the fee in installments, and that she is thus ineligible for waiver. *See* 28 U.S.C. § 1930(f). It is

ORDERED that the debtor’s application for waiver of the chapter 7 filing fee (Dkt. No. 6) is DENIED. It is further

ORDERED that within 14 days after entry of this order, the

debtor shall pay the filing fee in full, file an application to pay the filing fee in installments, or show cause, by a writing filed with the court, why this case ought not be dismissed for failure to pay the filing fee.

[Signed and dated above.]

Copies to:
Debtor; Debtor’s Attorney; Chapter 7 Trustee; Office of United States Trustee.



O:\TEEL\LSO\ORDERS\Waiver of Filing Fee\Form Order_Deny Waiver\Order_deny application for waiver_Holt.wpd

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: myers Page 1 of 1 Date Rcvd: Dec 07, 2010
Case: 10-01049 Form ID: pdf001 Total Noticed: 1

The following entities were noticed by first class mail on Dec 09, 2010.
db +Sallie Benjamin Holt, 1301 Upshur Street NW, Apt. 409, Washington, Dc 20011-5662

The following entities were noticed by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2010** **Signature:** Joseph Speetjens